J. SCOTT GERIEN (SBN 184728)
sgerien@dpf-law.com
JOY L. DURAND (SBN 245413)
jdurand@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: 707-340-7239

Attorneys for Plaintiff
Sans Wine Co., LLC


ANTHONY K. MCCLAREN (SBN 232515)
akm@pmlegal.law
PERLEBERG MCCLAREN LLP
4223 Glencoe Avenue, Suite A220
Marina del Rey, CA 90292
Telephone: (323) 741-2498
Facsimile: (323) 714-2498

Attorneys for Defendants Taejin Beverage, Inc., Langer Juice Company, Inc. and Sonoma Beverage Company, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANS WINE CO., LLC, <br><br>           Plaintiff, <br><br>    vs. <br><br> TAEJIN BEVERAGE, INC., KEVIN KREIDER, LANGER JUICE COMPANY, INC., SONOMA BEVERAGE COMPANY, LLC and NETFLIX, INC., <br><br>           Defendants. | CASE NO. 3:22-cv-08980-EMC <br><br> **JOINT STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The parties to the above-entitled action, through their undersigned counsel, jointly submit this JOINT STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, for which the parties aver there is good cause in the interest of justice, on the following grounds:

1. The Parties have engaged in mediation pursuant to the Court's order. Following such mediation, the Parties agreed to the general terms for a settlement of the dispute, and the Parties have a draft written settlement agreement that is presently being considered by the Parties, and which the Parties hope to finalize shortly.

2. The Court has not yet issued a Scheduling Order for the case and the Court presently has a Case Management Conference scheduled for June 26, 2023.

3. So as to conserve the Parties' resources and the Court's resources, and given that the Parties believe they are close to resolution of the dispute, good cause in the interest of justice exists for the Court to continue the Case Management Conference for thirty (30) days, or until such time as is convenient for the Court, to allow the Parties to attempt to finalize a settlement and dismiss the action.

4. The Parties jointly respectfully request that the Court so order, in accordance with their Stipulation.

///

///

///

///

///

///

Dated: June 20, 2023						DICKENSON, PEATMAN & FOGARTY


						/s/ J. Scott Gerien
						J. Scott Gerien
						Joy L. Durand

						Attorneys for Plaintiff,
						Sans Wine Co., LLC

Dated: June 20, 2023						PERLEBERG MCCLAREN LLP


						/s/ Anthony K. McClaren
						Anthony K. McClaren

						Attorneys for Defendants,
						Taejin Beverage, Inc., Langer Juice Company, Inc. and Sonoma Beverage Company, LLC

JOINT STIPULATION AND REQUEST FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE     3     3:22-cv-08980-EMC

# [~~PROPOSED~~] ORDER

The Case Management Conference in this matter is continued until __8/8/2023 at 2:30 PM by Zoom__.

IT IS SO ORDERED.

Dated: 6/20/2023

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES SENIOR DISTRICT JUDGE